**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOWARD DASH, *on behalf of himself and*
*all others similarly situated*,

                Plaintiff,

    - against -                   **JUDGMENT**
                                  CV 19-4325 (JMA)(SIL)

MONARCH RECOVERY MANAGEMENT,
INC., and MONARCH RECOVERY
HOLDINGS, INC.,

                Defendants.
-----------------------------------------------------------X

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on January 23, 2020, dismissing this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and noncompliance, and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Howard Dash take nothing of defendants Monarch Recovery Management, Inc., and Monarch Recovery Holdings, Inc.; that this case is dismissed for failure to prosecute and noncompliance; and that this case is closed.

Dated: January 24, 2020
       Central Islip, New York

                                                      DOUGLAS C. PALMER
                                                      CLERK OF THE COURT
                                    BY:    /s/ JAMES J. TORITTO
                                                        DEPUTY CLERK